# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

Civil Division

| | |
|---|---|
| Felix Brizuela<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Highmark Blue Cross Blue Shield of Pennsylvania<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:23-cv 337<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No<br><br>RECEIVED<br><br>MAR - 1 2023<br><br>CLERK, U.S. DISTRICT COURT<br>FOR THE WESTERN DISTRICT<br>OF PENNSYLVANIA |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Felix Brizuela |
| Street Address | 1103 Redoak Drive |
| City and County | Harrison City, Westmorland County |
| State and Zip Code | Pennsylvania 15636 |
| Telephone Number | 724-205-4308 |
| E-mail Address | fbrizuela@aol.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Highmark Blue Cross Blue Shield |
| Job or Title *(if known)* | |
| Street Address | 120 Fifth Avenue |
| City and County | Pittsburgh/ Allegaheny Cutny |
| State and Zip Code | Pittsburgh, PA  25222 |
| Telephone Number | 412-544-7000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* [                                    ]

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> 42 U.S. Code § 1983-Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.
>
> Generally speaking, the Constitution only applies to public entities: government officials, state and federal departments, law enforcement offices, etc. You generally can't file a civil rights lawsuit against a social media company, for example, or a private store for violating your constitutional rights. (There may be other laws that you can use, but not the U.S. or state constitutions.) That said, sometimes private companies are doing government work. When a private company is under contract to the government, they can be sued for violating your constitutional rights.
>
> Insurance companies are regulated by the states. Each state has a regulatory body that oversees insurance matters. This body is often called the Department of Insurance, but some states use other names. Examples are the Office of the Insurance Commissioner (Washington) and the Division of Financial Regulation (Oregon). The insurance department is headed by a commissioner. Depending on the state, the insurance commissioner may be appointed or elected. Insurers are therefore subject to civil litigation due to constitutional violations.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff, *(name)* Felix Brizuela, is a citizen of the State of *(name)* Pennsylvania.

b. If the plaintiff is a corporation

The plaintiff, *(name)* Felix Brizuela, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Pennsylvania.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* HIghmark Blue Cross Blue Shield, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)*             .

b. If the defendant is a corporation

The defendant, *(name)* Highmark Blue Cross Blue Shield, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Pennsylvania. Or is incorporated under the laws of *(foreign nation)*             and has its principal place of business in *(name)* Pennsylvania.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1- On October 2016, my home was raided by the FBI, my autitistic son and wife were home. There was a warrant, but lack of probable cause making this warrant illegal and therefore invalid. We asked the agent why they were raiding us. The one gentleman answered, "insurance fraud". He said it was for nn ongoing investigation for my use of intravenous gamma globulin (IVIG). He said the investigation had been on going and initiated by Blue Cross Blue Shield. His only other statement was "do you know how expensive this stuff is?

2-I had been prescribing IVIG for many years for a condition known as chronic inflammatory demylinating polyneuropathy (CIDP). I was being accused of getting financial "kick backs". At the time I had no idea what this meant. This treatment is given as an intravenous infusion. I would do the proper testing on these patients when I suspected they may have CIDP, which were nerve conduction studies and EMG's (NCS/EMG). I would diagnose them based on the European Federation of Neurological Sciences (EFNS) criteria which was the gold standard then and is still now. I would send office notes and the EMG/NCS study results to the patients insurer for approval. They would review the information and give an approval or denial. All patients whom were ultimatly infused were infused based on approval by the patients insurance company. It canno be fraud if the insuer approved it.

3- The infusions were not done by me or my office staff. I would hire the services of a variety of infusions companies who had to be approved by the insurance company to do the infusion. Different insurers approved different infusion services. I had some preferences but who would do the infusion was up to the insurer. The infusion company would set up the infusions at a patients home and perform all of the billing and reimbursement services once approved. I received no compensation of any type. To this day, I have no clue how much the different IVIG products cost or how much the infusion company was reimbursed. Yet Blue Cross Blue Shield "speculated" that I was getting kick backs just because it was allegedly an expensive therapy which ultimately lead to the unlawful and illegal raid mentioned in section one. They had zero proof this thus. They thus violated my fourth amendment rights.

4- My duty as a clinical Neurologist is the provide the safest, most effective treatment for my patients. I have no control over costs of treatments. I have never and will never dictate my treatment of patients based on cost just so that the health insurance industry can make a profit. Nor is this my designated duty as a physician.

5-The FBI unlawfully and without due process contacted the CEO of Highlands Hospital, Michelle Cunningham and erred by lying to her and telling her that I was doing IVIG infusions in an office they had provided me by the hospital on about 2016. Michelle never told me when they called, just that they did. She then had me evicted from that office and revoked my priveleges at the hospital without due process. due to my alleged conspiracy to do IVIG infusions for profit. As a result of my privileges being revoked, this is now in my data bank profile and I am not able to get credentialed at any hospital and this has therefore severely and permanently compromised my ability to make a living and tend to my family. Violating my firth amendment rights to due process and deprivation of liberty.

6- Somehow, a law firm in Charleston, West Virignia, Tano O'dell not only got wind of the investigation against me (as we know, it is illegal to disclose an ongoing investigation by a government agency to any civilian entity, but the FBI under the orders of Blue Cross Blue Shield did). This law firm also got the names of patients who were receiving IVIG treatments by me and started calling them asking them if they wanted to sue me for "misdiagnosis". There was no basis for this assumption. They never consulted with a neurologist. As I stated above in section two, all patients were properly diagnosed. All patients had definite improvement in their symptoms and physical exams.as documented in their records. My defense attorney, Tim Linkous of Morgantown, West Virginia agreed to this when he reviwed the records. Despite this, he told me to "settle" because we had not expert witness. I asked if I could have served as my own expert, but he shunned this. I now know I could have served as my own expeert. I was coerced into settling for 7 patients for about 1.2 million dollars which was paid my malpractice carrier. This as well is in my data bank profile and has permantly compromised my ability to find work and tend to my family due to extreme difficulty in getting credentialed. Another deprivatin of my liberty.

7-Blue Cross Blue Shield nor the FBI ever proved that I was getting kick backs for infusing IVIG and I was nerver charged with insurance fraud as a result of the false accusation of performing IVIG infusions for profit.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$100,000,000 for pain and suffering, loss of wages and ability to make a living. AND BREACH OF CONTRACT.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/25/2023

Signature of Plaintiff
Printed Name of Plaintiff: Felix Brizuela-

### B. For Attorneys

Date of signing:

## CERTIFICATE OF SERVICE

I, Felix Brizuela *(plaintiff))*, do hereby certify that a true and correct copy of civil complaint has been sent, via certified mail with return receipt to Highmark Blue Cross Blue Shield of Pennsylvania, : Fifth Avenue Place 120 Fifth Ave, Pittsburgh, PA 15222 United States *(defendant)* on February 27, 2023.

So certified, this the 27 days of February. 2023.

Felix Brizuela

PLAINTIF