IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX BRIZUELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGHMARK BLUE CROSS BLUE SHIELD OF PENNSYLVANIA,<br><br>　　　　Defendant. | 2:23-CV-00337-CCW-PLD |

## JUDGMENT ORDER

　　FINAL JUDGMENT is hereby entered in favor of Defendant Highmark Blue Cross Blue Shield of Pennsylvania pursuant to Rule 58 of the Federal Rules of Civil Procedure.

　　IT IS SO ORDERED.

　　DATED this 12th of April, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Christy Criswell Wiegand
　　　　　　　　　　　　　　　　　　CHRISTY CRISWELL WIEGAND
　　　　　　　　　　　　　　　　　　United States District Judge

cc (via United States Mail):

Felix Brizuela, pro se
1103 Redoak Dr.
Harrison City, PA 15636